**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1426**

———————

ROBERT S. WILLIS,

Plaintiff - Appellant,

versus

CITY OF VIRGINIA BEACH; CHIEF OPERATING
OFFICER, Virginia Beach Pavillion, Virginia
Beach, Virginia; CHIEF OF SECURITY, Virginia
Beach Pavillion, Virginia Beach, Virginia,
VIRGINIA SYMPHONY ORCHESTRA,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (MISC-00-14)

———————

Submitted:  August 30, 2000        Decided:  September 6, 2000

———————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert S. Willis, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Willis appeals the district court's order declining to allow Willis to proceed without prepayment of fees under 28 U.S.C.A. § 1915 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss on the reasoning of the district court. See <u>Willis v. City of Virginia Beach</u>, No. MISC-00-14 (E.D. Va. Mar. 13, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Although the district court's order is marked as "filed" on March 10, 2000, the district court's records show that it was entered on the docket sheet on March 13, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2